ered its Opinion filed December 2, 1987 in the instant cause

HEREBY ORDERS that this Court's December 2, 1987 Opinion and Order rendering summary judgment in favor of Vickers Towing Company are vacated and withdrawn.

SO DONE.

---

**Thomas STUBBLEFIELD, Plaintiff,**

v.

**VICKERS TOWING COMPANY, Tower Rock Stone Co., and The United States of America, Defendants.**

**No. GC 86–352–S–0.**

United States District Court,
N.D. Mississippi,
Greenville Division.

Sept. 12, 1989.

Lawrence D. Wade, Greenville, Miss., for Thomas Stubblefield.

Frank S. Thackston, Jr., Lake, Tindall, Hunger & Thackston, Greenville, Miss., for Tower Rock Stone Co.

E. Randolph Noble, Jr., Robertshaw, Terney, Noble & Smith, Greenville, Miss., for Vickers Towing Co.

John E. Wells, IV, Trial Atty., Torts Branch, Civ. Div., U.S. Dept. of Justice, Washington, D.C., for the U.S.

**ORDER**

SENTER, Chief Judge.

The Court having been advised of the decision of the Fifth Circuit Court of Appeals in *Williams v. Central Gulf Lines,* 874 F.2d 1058 (1989), and having reconsid-